B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JIF Electric, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3310988** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2115 NE 151**<br>**Andrews, TX**<br>ZIP Code **79714** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Andrews** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 15**<br>**Andrews, TX**<br>ZIP Code **79714** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2115 NE 151**<br>**Andrews, TX 79714** |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JIF Electric, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JIF Electric, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Max R. Tarbox**
Signature of Attorney for Debtor(s)

**Max R. Tarbox 19639950**
Printed Name of Attorney for Debtor(s)

**Tarbox Law, P.C.**
Firm Name

**2301 Broadway**
**Lubbock, TX 79401**

_____
Address

**Email: jessica@tarboxlaw.com**
**(806) 686-4448 Fax: (806) 368-9785**
Telephone Number

**March 2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ismael Fuentes**
Signature of Authorized Individual

**Ismael Fuentes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 2, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

.

A R & P Trucking  
2401 W. 6th  
Odessa, TX 79763

Advance Kwik Lube  
3755 Andrews Hwy  
Odessa, TX 79762

Advance Kwik Lube  
4404 W. Wadley  
Midland, TX 79707

Advantage Payroll Services  
PO Box 3639  
Midland, TX 79702

AFLAC  
1932 Wynnton Road  
Columbus, GA 31999-7000

Aflac- Critical Illness  
Po Box 84069  
Columbus, GA 31908-4069

Airgas USA, LLC  
PO Box 676015  
Dallas, TX 75267

Ally  
PO Box 9001948  
Louisville, KY 40290-1948

American Medical Group, Inc.  
2410 N. Fowler  
Hobbs, NM 88240

Andrews County 4-H Adult Leaders  
851 E. Broadway  
Andrews, TX 79714

Andrews County Jr. Livestock Association  
Ann Stokes  
PO Box 103  
Andrews, TX 79714

Andrews County News  
210 East Broadway  
Andrews, TX 79714

Andrews Independent School District  
600 N. Main  
Andrews, TX 79714

Andrews Iron and Supply  
PO Box 547  
Andrews, TX 79714

Andrews Tire Services, Inc  
415 S. Main Street  
Andrews, TX 79714

Apache Sales, Inc.  
800 West Broadway  
Hobbs, NM 88240

Aqua One  
P.O. Box 8210  
Amarillo, TX 79114

AT&T Mobility  
PO Box 6463  
Carol Stream, IL 60197

AWC, Inc.  
PO Box 974800  
Dallas, TX 75397-4800

B Line Lube Center  
PO Box 4617  
Odessa, TX 79760

B&B Wrecker and Recovery, Inc.  
2823 S. Rankin Hwy.  
Midland, TX 79706

BCBS-Health Care Services  
PO Box 210216  
Tulsa, OK 74121

Beacon Funding Corporation
Atten: Accounts Receivable
28 Lord Road
Suite 230
Marlborough, MA 01752


Blaine Industrial Supply
2601 SE Loop 289
Lubbock, TX 79404


Border States Electric Supply
PO Box 201889
Dallas, TX 75320


Brandon & Clark, Inc.
P.O. Box 3159
Lubbock, TX 79452


Brandon C. Beal
1947 E. Alabama
Hobbs, NM 88242


C&D Maintenance
4604 N Lovington Hwy
Hobbs, NM 88240


Cain Electrical Supply
CED-Ft. Worth
PO Box 16489
Fort Worth, TX 76162


Capital One Bank USA, N.A.
PO Box 60599
City of Industry, CA 91716-0599


Capital Premium Financing
PO Box 660899
Dallas, TX 75266


Caprock Tire
12109 Hwy 87
Lubbock, TX 79423

CBS
10 North Martingale Rd., Ste. 400
Schaumburg, IL 60173


Chase Card Services
P.O. Box 94014
Palatine, IL 60094-4014


Chrysler Financial
PO Box 660335
Dallas, TX 75266


Cintas Corp # 440
2029 S. Loop 250 W
Midland, TX 79703


CMC Safety Services
PO Box 2078
Andrews, TX 79714


Commercial State Bank
200 South Main
Andrews, TX 79714


Cook Water Station
PO Box 131
Stanton, TX 79782


Crawford Electric Supply (CESCO)
PO Box 847160
Dallas, TX 75284


CRS Diagnostic Services LLC
PO Box 216
Andrews, TX 79714


De Lage Landen Financial Service
PO Box 41602
Philadelphia, PA 19101-1602


Deeco Rubber
Po Box 3337
Lubbock, TX 79452-3337

Demand Safety
1505 University Blvd NE
Albuquerque, NM 87102


Desert Hills Electric Supply
401 Commerce Rd
Artesia, NM 88210


Ditch Witch Financial Services
PO Box 7167
Pasadena, CA 91109-7167


Drive Train Special
75 Remittance Drive, Ste. 1537
Chicago, IL 60675-1537


Duncan Operating & Electric, Inc.
3105 Preston
Midland, TX 79707


Electric Motor Repair
723 North Main
Denver City, TX 79323


Elliott Electric Supply
PO Box 630610
Nacogdoches, TX 75963


Energy Electrical Distribution
Sun Valley Electric Supply Co.
6575 Hinson Street
Las Vegas, NV 89118


Esparza's Backhoe Services
1609 SE 3001
Andrews, TX 79714


ESSCO
1902 Andrews Hwy.
Odessa, TX 79761


Express Care of Andrews
501 S. Main Street
Andrews, TX 79714

Family Heritage Life Insurance Company
PO Box 470608
Broadview Heights, OH 44147

Fastenal Company
PO Box 1286
Winona, MN 55987-1286

FedEx
PO Box 660481
Dallas, TX 75266-0481

Forrest Tire
2525 E. 8th Street
Odessa, TX 79761

Freeman Backhoe & Construction
PO Box 14865
Odessa, TX 79762

Global
PO Box 11407
Birmingham, AL 35246-1384

Graybar
PO Box 840458
Dallas, TX 75284

Great American Financial Services
PO Box 660831
Dallas, TX 75266-0831

Health Care Service Corp.
PO Box 21026
Tulsa, OK 74121

Health Care Service Corp.
PO Box 731428
Dallas, TX 75373

Hicks Supply
103 NW 9th
Seminole, TX 79360

```
High Plains Radiology
PO Box 3780
Amarillo, TX 79116


Hilliard Office Solutions
PO Box 52510
Midland, TX 79710


Hollice Clark Truck Fabrication, Inc
Po Box 69383
Odessa, TX 79769


Home Depot
P.O. Box 183175
Columbus, OH 43218-3175


Insurance Information Exchange
Genral Post Office
Farmville, NC 27828


Interstate Batteries
PO Box 60264
Midland, TX 79711


J Mark Fox, CPA
502 S Hillcrest Ave
Eastland, TX 76448


Jaime Barrera
3306 Terrace Ave
Midland, TX 79707


JGT Construction Services
PO Box 1134
Andrews, TX 79714


JM Test System
PO Box 45489
Baton Rouge, LA 70895


Jody's Oil Field Service, Inc.
110 SW Mustang Drive
Andrews, TX 79714
```

Josue Sanchez
Sanchez Welding Service
2720 NE 480
Andrews, TX 79714


Juan Antonio Barrera
Po Box 2015
Andrews, TX 79714


Juan Gonzalez
2620 E. Stranolind Road
Hobbs, NM 88240


Juanita L. Fuentes
PO Box 15
Andrews, TX 79714


Kyotee Screen Printing
3303 W. Illinois #3
Midland, TX 79703


Lamesa Tire & Battery
107 Dallas Ave
Lamesa, TX 79331


Lanco Contacts, LLC
PO Box 2940
Andrews, TX 79714


Law Offices of Van Shaw
2723 Fairmount St
Dallas, TX 75201


Lawn & Tree Specialties, Inc.
3303 W Golf Course
Midland, TX 79703


Leech Tishman
525 William Penn Place
28th Floor
Pittsburgh, PA 15219


Lufkin
PO Box 301199
Dallas, TX 75303

M&M Meter Services, Inc.
PO Box 12
Stanton, TX 79782


Mad Indian Printing Co.
3025 N. Golder
Odessa, TX 79764


Marta Cruz
PO Box 1751
Andrews, TX 79714


Martin's Services, Inc.
PO Box 2122
Andrews, TX 79714


McAnally Wilkins, Inc.
110 W Louisiana Ave Ste 150
Midland, TX 79701


Michael V. Shelton, M.D., P.A.
4222 Wendover, Ste. 600
Odessa, TX 79762


Midas Auto Services
3301 W. Wall Street
Midland, TX 79701


Midas Auto Services (Odessa)
3512 Andrews Hwy
Odessa, TX 79762


Municipal & Industrial Supply Co.
PO Box 2605
Milan, NM 87021


Musketball Technologies
PO Box 995
Crane, TX 79731


Mustang Lumber
115 S. Main
Andrews, TX 79714

National Farm Life Insurance Company
P.O. Box 1486
Fort Worth, TX 76101


NESCO, LLC
3112 East State Road 124
Bluffton, IN 46714


New World Marketing
Payment Processing
636 S. River Road, Ste. 204
Des Plaines, IL 60016


NFPA
PO Box 9689
Manchester, NH 03108-9689


O'Reilly Auto Parts
PO Box 9464
Springfield, MO 65801-9464


Odessa American
PO Box 3288
McAllen, TX 78502


Odessa College
Accounts Receivables
201 West University
Odessa, TX 79764


Odessa Winlectric
2022 Kermit Hwy
Odessa, TX 79761


Ovalle Tire & Balance Shop
305 NE 1st Street
Andrews, TX 79714


Owl Energy Services
PO Box 5827
Midland, TX 79704


PB Materials
PO Box 14168
Odessa, TX 79768

Permian Basin Petroleum Association
PO Box 132
Midland, TX 79702


Permian Regional Medical Center
PO Box 2108
Andrews, TX 79714


Premier Electric Motors, Inc.
5408 SCR 1200
Midland, TX 79706


Regional Help Wanted.com, Inc.
Contact: Billing Dept.
PO Box 674054
Detroit, MI 48267


Reynaldo Rios
1011 NW 18th Place
Andrews, TX 79714


Robin Harper
Andrews County Tax Assessor
201 N. Main Street, Ste. 101
Andrews, TX 79714


Robin's Market Cafe
3801 FM 2401
Garden City, TX 79739


Rock's Roustabout Services
875 SE 1401
Andrews, TX 79714


Rogers Ford
4200 W. Wall Street
Midland, TX 79703


Rojo Supply, LLC
PO Box 7180
Hobbs, NM 88241


Roltex Inc.
PO Box 2615
Midland, TX 79702

```
RSD Industrial Supply, LLC
3010 Ranger Hwy.
Weatherford, TX 76086


Rural Dumpster Service, Inc.
PO Box 1414
Andrews, TX 79714


SageQuest, LLC
PO Box 347744
Pittsburgh, PA 15251-4744


Schneider Electric USA, Inc.
Po Box 730318
Dallas, TX 75373-0318


Secured Data Solutions
407 N. Big Springs
Suite 300
Midland, TX 79701


Shufeldt Rig Service Southwest
7200 FM 307
Midland, TX 79706


Slater Controls
PO Box 61007
Midland, TX 79711


Slough Equipment Company
PO Box 13587
Odessa, TX 79768


Southern Tire Mart
PO Box 1000
Dept 143
Memphis, TN 38148-0143


Stanley Ford
PO Box 279
Andrews, TX 79714


Stearns Bank N.A.
Po Box 750
Albany, MN 56307-0750
```

SuddenLink
P.O. 660365
Dallas, TX 75266

Sunbelt Rentals, Inc.
PO Box 408211
Atlanta, GA 30384

Tate Branch
4123 Lovington Hwy
Hobbs, NM 88240

Taylor Made Bit Company, LLC
PO Box 69140
Odessa, TX 79769

Techline
Po Box 674005
Dallas, TX 75267-4005

TESSCO
PO Box 1999
Midland, TX 79702

Texas Mutual Insurance Company
Attn: Policy Accounting
PO Box 841843
Dallas, TX 75284-1843

Texas Oil & Gas Association
304 West 13th Street
Midland, TX 79701

The Bosworth Company
PO Box 3449
Midland, TX 79702

The WellMark Company
PO Box 248819
Oklahoma City, OK 73124

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266

Triple P Overhead Door
122 CR 209
Seminole, TX 79360


TX Emergency Staffing Solution
PO Box 96118
Oklahoma City, OK 73143


TXU Energy
PO Box 650638
Dallas, TX 75265


UM Auto Parts
2714 West wall
Midland, TX 79701


United Rentals
File 51122
Los Angeles, CA 90074-1122


Utility Fleet Rental LLC
7200 Jack Newell Blvd S
Fort Worth, TX 76118


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Vermeer Equipment
PO Box 650823
Dallas, TX 75265-0823


VJ Rentals
PO Box 731
Hobbs, NM 88241


Water Processing, LLC
2120 N. Besing Road
Hobbs, NM 88240


Wayne M. Manning, CPA
Po Box 1074
Andrews, TX 79714

```
Wells Fargo Equip. finance
NW-8178
Po Box 1450
Minneapolis, MN 55485-8178


Western Petroleum, LLC
United Fuels Card Lockbox
PO Box 677766
Dallas, TX 75267


Williams Law Firm, PC
1209 W. Texas Avenue
Midland, TX 79701


Windstream
PO Box 9001908
Louisville, KY 40290


WTG Fuels, Inc.
P.O. Box 3514
Midland, TX 79702


WW Grainger, Inc.
CCC
Po Box 141
Naperville, IL 60566
```

# United States Bankruptcy Court
## Western District of Texas

In re **JIF Electric, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JIF Electric, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**March 2, 2015**  
Date

**/s/ Max R. Tarbox**  
**Max R. Tarbox 19639950**  
Signature of Attorney or Litigant  
Counsel for **JIF Electric, Inc.**  
**Tarbox Law, P.C.**  
**2301 Broadway**  
**Lubbock, TX 79401**  
**(806) 686-4448 Fax:(806) 368-9785**  
**jessica@tarboxlaw.com**